UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE GORDON, | CASE NO. C25-725RSM |
| Plaintiff, | ORDER GRANTING MOTION FOR REMAND TO STATE COURT |
| v. | |
| HARTFORD CASUALTY INSURANCE COMPANY (d.b.a. THE HARTFORD), a registered foreign insurer, | |
| Defendant. | |

It is **ORDERED**:

1.  The Parties' stipulated Motion for Remand, Dkt. #10, is GRANTED.

2.  This matter shall be REMANDED to King County Superior Court without fees or costs awarded to any party.

DATED this 27th day of May, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR REMAND TO STATE COURT - 1